ERIC D. CHAN (State Bar No. 253082)
SANSAN LIN (State Bar No. 298994)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: echan@health-law.com

Attorneys for Plaintiff COUNTY OF SAN BENITO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| COUNTY OF SAN BENITO, a political subdivision of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>DISABILITY RIGHTS CALIFORNIA, CALIFORNIA PROTECTION AND ADVOCACY AGENCY FOR PERSONS WITH DISABILITIES,<br><br>Defendant. | Case No. 6:19-cv-02124-YGR<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Action Removed: April 19, 2019<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-12, the parties to this action, by and through their counsel, hereby stipulate that:

(1) All claims in the above-entitled action by Plaintiff County of San Benito against Defendant Disability Rights California are hereby dismissed with prejudice; and

(2) Each side shall bear its own costs and fees.

IT IS SO STIPULATED.

Dated: May 31, 2019        HOOPER, LUNDY & BOOKMAN, P.C.

By: _____*/s/ Eric D. Chan*_____
ERIC D. CHAN
Attorneys for Plaintiff COUNTY OF SAN BENITO

Dated: May 31, 2019        DISABILITY RIGHTS CALIFORNIA

By: _____*/s/ Anne Hadreas*_____
ANNE HADREAS
Attorneys for Defendant DISABILITY RIGHTS CALIFORNIA

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

**FILER'S ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each of its signatories.

Dated: May 31, 2019  HOOPER, LUNDY & BOOKMAN, P.C.

By: */s/ Sansan Lin*
Sansan Lin
Attorneys for Plaintiff COUNTY OF SAN BENITO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __June 11__, 2019

Honorable Yvonne Gonzalez Rogers

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181